**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 06a0426n.06
Filed: June 22, 2006

**No. 05-1832**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| GEORGE GORGIUS, | ) | |
| | ) | **ON APPEAL** FROM THE |
| **Plaintiff-Appellant,** | ) | UNITED STATES DISTRICT |
| | ) | COURT FOR THE EASTERN |
| v. | ) | DISTRICT OF MICHIGAN |
| | ) | |
| UNITED STATES OF AMERICA; UNITED | ) | **M E M O R A N D U M** |
| STATES DEPARTMENT OF AGRICULTURE, Food | ) | **O P I N I O N** |
| and Nutrition Service, | ) | |
| | ) | |
| **Defendants-Appellees.** | ) | |

**BEFORE: MARTIN, NORRIS, and McKEAGUE, Circuit Judges.**

**PER CURIAM.** Plaintiff, George Gorgius, appeals from the Order of the district court denying his motion to alter or amend its previous decision sustaining plaintiff's permanent disqualification from the federal food stamp program.

Having carefully considered the record on appeal, the briefs of the parties, and the applicable law, we are not persuaded that the district court abused its discretion or otherwise erred in denying plaintiff's motion.

Because the reasoning which supports the denial of the motion has been articulated by the district court, the issuance of a detailed written opinion by this court would be duplicative and serve no useful purpose. Accordingly, the judgment of the district court is affirmed upon the reasoning employed by that court in its Order dated May 27, 2005 and its Decision dated May 4, 2005.